Humberto M. Guizar, Esq., (SBN 125769)
**LAW OFFICES OF HUMBERTO GUIZAR**
**A PROFESSIONAL CORPORATION**
3500 W. Beverly Blvd.,
Montebello, California 90640
Tel: (323) 725-1151; Fax: (323) 597-0101
Email: HGuizar@GHCLegal.com

Christian Contreras, Esq., (SBN 330269)
**LAW OFFICES OF CHRISTIAN CONTRERAS**
**PROFESSIONAL LAW CORPORATION**
360 E. 2nd St., 8th Floor
Los Angeles, California 90012
Tel: (323) 435-8000; Fax: (323) 597-0101
Email: CC@Contreras-Law.com

Attorneys for Plaintiffs,
ESTATE OF RODNEY COLEMAN, et al.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RODNEY COLEMAN, by and through successor in interest, WILLIE MAE BAYLOR; WILLIE MAE BAYLOR, individually,<br><br>              Plaintiffs,<br><br>  v.<br><br>SAN BERNARDINO SHERIFF'S DEPARTMENT, a public entity, COUNTY OF SAN BERNARDINO, a public entity; and DOES 1 through 10, individually,<br><br>             Defendants. | **CASE NO.: 5:23-cv-01586-SSS-SHK**<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>**Action Filed:** August 8, 2023<br>**Trial Date:** February 24, 2025 |

## STIPULATION

WHEREAS, Plaintiffs filed the Complaint in this action on August 8, 2023. *See* Dkt. 1;

WHEREAS, Defendant COUNTY OF SAN BERNARDINO filed an answer to the Complaint on September 1, 2023. *See* Dkt. 11;

WHEREAS, Plaintiff served a Rule 34 Request for Production to Defendant COUNTY OF SAN BERNARDINO on November 2, 2023;

WHEREAS, on December 1, 2023, Defendant COUNTY OF SAN BERNARDINO responded to Plaitniff's Request for Production of Documents but did not produce documents given that there was not a protective order in place;

WHEREAS, on December 1, 2023, Plaintiff initiated the Local Rule 37-1 process;

WHEREAS, on December 20, 2023, the parties participated in an informal discovery conference with Judge Shashi H. Kewalramani; *See* Dkt. 18;

WHEREAS, on January 15, 2024, the parties filed a protective order which was entered into by Judge Shashi H. Kewalramani on January 19, 2023; *See* Dkt. 22; 24;

WHEREAS, Defendant COUNTY OF SAN BERNARDINO is still preparing a supplemental production and has not produced documents yet;

WHEREAS, without such documents, Plaintiff is unable to identify individual defendants;

WHEREAS, on January 10, 2024, this Court issued a scheduling order where among other deadlines, set a deadline of February 9, 2024 to hear motion to amend pleadings or add parties. *See* Dkt. 19;

WHEREAS, the parties are still meeting and conferring relative to amending the complaint and need more time to meet and confer and Defendant's counsel needs more serve a supplemental production.

**IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:**

The January 10, 2024 scheduling order is modified to change the February 9,

2024 deadline to hear motion to amend pleadings or add parties to April 9, 2024.

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day hear motion to amend pleadings or add parties | February 9, 2024 | April 9, 2024 |

**Dated: January 31, 2024**   **LAW OFFICES OF CHRISTIAN CONTRERAS**
                              **A PROFESSIONAL LAW CORPORATION**

By: _____
Christian Contreras, Esq. [1]
Attorneys for Plaintiffs,
ESTATE OF RODNEY COLEMAN, et al.

DATED: January 31, 2024       WESIERSKI & ZUREK LLP

By:      /s/Michelle R. Prescott
     MICHELLE R. PRESCOTT
     Attorneys for

---

[1] I attest that all other signatories in this documents authorized the joint filing of this document.

3

**JOINT STIPULATION TO MODIFY SCHEDULING ORDER**