Humberto M. Guizar, Esq., (SBN 125769)
**LAW OFFICES OF HUMBERTO GUIZAR**
**A PROFESSIONAL CORPORATION**
3500 W. Beverly Blvd.,
Montebello, California 90640
Tel: (323) 725-1151; Fax: (323) 597-0101
Email: HGuizar@GHCLegal.com

Christian Contreras, Esq., (SBN 330269)
   *CC@Contreras-Law.com*
**THE LAW OFFICES OF CHRISTIAN CONTRERAS,**
**PROFESSIONAL LAW CORPORATION**
360 E. 2nd St. 8th Floor,
Los Angeles, CA  90012
Tel: (323) 435-8000 | Fax: (323) 597-0101

Attorneys for Plaintiff,
ESTATE OF RODNEY COLEMAN, et al.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RODNEY COLEMAN, by and through successor in interest, WILLIE MAE BAYLOR; WILLIE MAE BAYLOR, individually, | **CASE NO.: 5:23-cv-01586-SSS-SHK** |
| Plaintiff | **STIPULATION FOR DISMISSAL** |
| v. | |
| SAN BERNARDINO SHERIFF'S DEPARTMENT, a public entity; COUNTY OF SAN BERNARDINO, a public entity; and DOES 1 through 10, individually, | |
| Defendant | |

**TO THE CLERK OF THE COURT, THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiff ESTATE OF RODNEY COLEMAN, et al. hereby stipulates under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: July 9, 2024    **LAW OFFICES OF CHRISTIAN CONTRERAS**
                                       **PROFESSIONAL LAW CORPORATION**

By: _/s/ Christian Contreras_
CHRISTIAN CONTRERAS
Attorney for Plaintiff,
ESTATE OF RODNEY COLEMAN, et al.

DATED: July 9, 2024    **WESIERSKI & ZUREK LLP**

By: _/s/ Michelle R. Prescott_
**Michelle R. Prescott**
Attorneys for Defendants