JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RODNEY COLEMAN, by and through successor in interest, WILLIE MAE BAYLOR; WILLIE MAE BAYLOR, individually,<br><br>Plaintiff<br>v.<br><br>SAN BERNARDINO SHERIFF'S DEPARTMENT, a public entity; COUNTY OF SAN BERNARDINO, a public entity; and DOES 1 through 10, individually,<br><br>Defendant. | **CASE NO.: 5:23-cv-01586-SSS-SHKx**<br><br>**ORDER FOR STIPULATION FOR DISMISSAL** |

1

**ORDER FOR STIPULATION FOR DISMISSAL**

1  Based on the stipulation of the parties and good cause appearing therefore, the
2  Court rules and orders as follows:
3  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) this action is dismissed
4  with prejudice as to all claims, causes of action, and parties, with each party bearing
5  that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: July 10, 2024

_____
Hon. Judge Sunshine Suzanne Sykes
United States District Court Judge